# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>  v.<br><br>LASHONE GATES,<br>[DOB: 04/22/1972],<br><br>           Defendant. | Case No. _____<br><br>**COUNT ONE:**<br>**Use of Interstate Facility to Attempt to Entice a Minor to Engage in Prostitution**<br>**18 U.S.C. § 2422(b)**<br>NLT: 10 Years Imprisonment<br>NMT: Life Imprisonment<br>NMT: $250,000 Fine<br>Supervised Release: 5 Years to Life<br>Class A Felony<br><br>$100 Mandatory Special Assessment |

## **I N D I C T M E N T**

**THE GRAND JURY CHARGES THAT:**

## **COUNT ONE**

On or about January 29, 2014, in the Western District of Missouri, and elsewhere, LASHONE GATES, knowingly used a facility of interstate commerce, to attempt to persuade, induce, entice, or coerce an individual who he believed was a female who had not attained the age of 18 years, to engage in prostitution and any unlawful sexual activity for which a person could be charged with a criminal offense, that is, the following crime

proscribed by the statutes of the State of Missouri: promoting prostitution in the third degree, (Mo. Revised Statutes 567.070).

All in violation of Title 18, United States Code, Section 2422(b).

A TRUE BILL.


      /s/ Helen A. Chaffin
FOREPERSON OF THE GRAND JURY

      /s/ Catherine A. Connelly
Catherine A. Connelly #39018
Assistant United States Attorney

Date: ___9/10/15_____
    Kansas City, Missouri

2

Case 4:15-cr-00301-GAF   Document 1   Filed 09/10/15   Page 2 of 2