**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No. 15-00301-01-CR-W-GAF |
| ) | |
| **LASHONE GATES,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

Pending before the Court is Defendant's Motion to Suppress Statements (doc. 29). Defendant asserts that the statements he made to Detective Greg Harmon during an interview on January 29, 2014, were obtained in violation of his constitutional rights. On April 12, 2016, United States Magistrate Judge John T. Maughmer conducted an evidentiary hearing on the motion to suppress.

On May 27, 2016, Judge Maughmer issued his Report and Recommendation (doc. 48). On July 19, 2016, Defendant's Objections to the Report and Recommendation of the Magistrate Court (doc. 54) were filed.

Upon careful and independent review of the pending motion, defendant's objections to the Report and Recommendation, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge John T. Maughmer.

Accordingly, it is hereby ORDERED that Defendant's Motion to Suppress Statements (doc. 29) is OVERRULED and DENIED.

SO ORDERED.

s/ Gary A. Fenner
                                                                GARY A. FENNER, JUDGE
                                                                UNITED STATES DISTRICT COURT

DATED:   July 21, 2016